# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY W. JONES, II, | : | |
|    Plaintiff, | : | |
| | : | |
|    v. | : | CIVIL ACTION NO. 23-CV-5201 |
| | : | |
| SCHENETTIA EVANS, *et al*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 20th day of June, 2024, upon consideration of Anthony W. Jones, II's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Jones's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**